An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID LUNA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65074

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of assault with a deadly weapon and felon in possession of a firearm. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Appellant David Luna raises two contentions. First, he contends that the district court abused its discretion by denying his motion to suppress a video recording of the offense. Second, he contends that the district court erred by denying his motion for a new trial. Regarding his first contention, Luna makes numerous assertions which are not supported by references to the record in violation of NRAP 3C(e)(1)(C). Luna also fails to provide this court with the video in question, a copy of his motion to suppress, the transcripts from the hearing on his motion, or the order denying his motion. *See Johnson v. State*, 113 Nev. 772, 776, 942 P.2d 167, 170 (1997) ("It is appellant's responsibility to make an adequate appellate record."). Regarding his second contention, Luna again makes numerous assertions which are not supported by references to the record, and again, fails to provide this court with a copy of his motion for a new trial or any transcripts relating to his

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23776

motion. Because Luna fails to provide this court with an adequate record to review his claims, we decline to consider them, and we

ORDER the judgment of conviction AFFIRMED.[1]

_____ Pickering _____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Elliott A. Sattler, District Judge
Douglas A. Nutton
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

---

[1]Luna's fast track statement fails to comply with NRAP 3C(h)(1) and 32(a)(4) because it is not double-spaced. We caution counsel that future failure to comply with the formatting requirements when filing briefs with this court may result in the imposition of sanctions. *See* NRAP 3C(n).